Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 3

---

China Cornici Co., Ltd. and RaoPing HongRong Handicrafts Co., Ltd. (d.b.a. Chen Chui Global Corp.)

                           **Plaintiff,**

v.

**UNITED STATES,**

                           **Defendant.**

**S U M M O N S**

Court No. 23-00216

---

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. China Cornici Co., Ltd. and RaoPing HongRong Handicrafts Co., Ltd. (d.b.a. Chen Chui Global Corp.) are exporters of the subject merchandise and participated in the administrative review that resulted in the contested determination.
(Name and standing of plaintiff)

2. Improper rescission of review with respect to China Cornici and RaoPing HongRong (d.b.a. Chen Chui Global Corp.), issued by the U.S. Department of Commerce in its countervailing duty administrative review of Wood Mouldings and Millwork Products from the People's Republic of China, C-570-118. See also Final Results published at 88 Fed. Reg. 62319 (Sep. 11, 2023) and the accompanying issues and decisions memorandum.
(Brief description of contested determination)

3. September 1, 2023
(Date of determination)

4. September 11, 2023
(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Mark Ludwikowski

Signature of Plaintiff's Attorney

October 11, 2023
Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Mark Ludwikowski
1001 Pennsylvania Ave. N.W., Suite 1300 S, Washington, DC 20004
+1 202-640-6680
mludwikowski@clarkhill.com

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Supervising Attorney
Civil Division - Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044